# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION-DETROIT

**IN THE MATTER OF:**

Stephen E. Harris,                                                   Bankruptcy Case No. 19-43720

Susan Harris,                                                        Honorable Maria L. Oxholm

                                                                     Chapter 7

                          Debtors.

_____/

## ORDER EXTENDING TIME TO FILE DOCUMENTS

        This matter having come before this Court pursuant to E.D. Mich. LBR  9006-1(a), the debtors, the United States Trustee and the  Chapter 7 Trustee having stipulated to the entry of this Order allowing an extension of time to file one or more of the following (only those boxes check-marked apply):

| | |
|---|---|
| X  Schedule(s) A/B – J | __  2016(b) Statement |
| X  Summary of Assets and Liabilities | __  Chapter 13 Plan |
|     Official Form 106Sum | __  Copies of all Payment advices or |
| X  Statement of Financial Affairs |     other evidence of payment received |
| __  Statement of Current Monthly |     by the debtors from any employer |
|     Income and Calculation of |     within 60 days before the filing of |
|     Commitment Period and Disposable |     the petition |
|     Income Form 122A-1 | __  Payment Order |
| X  Declaration About an Individual Debtors' | __  Verified Companion Cased Disclosure |
|     Schedules | |

        and the court being sufficiently advised in the premises

        **NOW THEREFORE**, by agreement of the parties hereto:

        **IT IS HEREBY ORDERED** that the debtors are granted an extension of time to file the above referenced documents to April 11, 2019.   The debtors' case was filed on March 14, 2019 and the Meeting of Creditors is scheduled for April 18, 2019.

        **IT IS FURTHER ORDERED** that in the event the debtors fail to file or fail to move for entry of an order further extending the filing time, the Trustee may submit to the Court an affidavit attesting to the failure to file the documents and the failure to file a motion extending time and the proceedings may be thereafter dismissed without further hearing or notice.

**Signed on March 27, 2019**



                                                          /s/ Maria L. Oxholm

                                                          **Maria L. Oxholm**

                                                          **United States Bankruptcy Judge**